# In the United States Court of Federal Claims

**NOTICE**

**YANKEE ATOMIC ELECTRIC COMPANY,
CONNECTICUT YANKEE ATOMIC POWER
COMPANY, AND MAINE YANKEE ATOMIC
POWER COMPANY,**

       **V.**

**THE UNITED STATES**

No. 98-126

**CLERK'S OFFICE**
**Washington, D.C.,** December 17, 2004

To Attorney of Record, Assistant Attorney General and Judge : Honorable James F. Merow.

      Please take notice that in the above cause there has been filed this day, on behalf of the parties, transcripts of proceedings (30 volumes) submitted at Washington, D.C., on July 12, 13, 14, 15, 19, 21, 22, 23, 26, 27, 28, 29, August 2, 3, 4, 5, 9, 10, 11, 13, 16, 19, 20, 23, 24, 25, 26, 27, 30, 31, 2004.

*Brian Bishop*
Brian Bishop Clerk