# In the United States Court of Federal Claims

No. 98-126 C
(Filed September 28, 2012)

```
*******************************
YANKEE ATOMIC                   *
ELECTRIC COMPANY,               *
            Plaintiff,          *
                                *
      v.                        *
                                *
THE UNITED STATES,              *
            Defendant.          *
*******************************
```

**ORDER**[1]

On September 9, 2010, Judgment (ECF No. 1034) was entered in this litigation in the amounts as follows:

    (1) Yankee Atomic          $21,246,912.55;
    (2) Maine Yankee           $81,690,866.00; and
    (3) Connecticut Yankee    $39,667,243.00.

On appeal, the United States Court of Appeals for the Federal Circuit affirmed the Judgment with respect to Maine Yankee and Connecticut Yankee but reversed the Judgment, in part, with respect to Yankee Atomic and ordered that Yankee Atomic recover an additional $17,021,742.00. The Federal Circuit's Mandate, issued on September 12, 2012, was filed in this court on the date of this order. (ECF No. 1047.)

Accordingly, to comply with the cited Mandate, it is **ORDERED**:

(1) An additional Judgment shall now be entered by the clerk in favor of Yankee Atomic in the amount of $17,021,742.00; and

---

[1] This shall also be deemed applicable in *Connecticut Yankee v. United States,* No. 98-154 C and *Maine Yankee v. United States*, No. 98-474 C.

(2) The September 9, 2010 Judgment remains unaffected by this Order.

s/ James F. Merow
James F. Merow
Senior Judge