# In the United States Court of Federal Claims

**No. 98-126 C**

**YANKEE ATOMIC ELECTRIC COMPANY,**

                                                                    **JUDGMENT**

   **v.**

**THE UNITED STATES**

        Pursuant to the Mandate of the United States Court of Appeals for the Federal Circuit and the court's Order, filed September 28, 2012,

        IT IS ORDERED AND ADJUDGED this date, pursuant to Rule 58, that the plaintiff, Yankee Atomic, shall  recover an additional amount of and from the United States in the sum of $17,021,742.00.  This amount is in addition to the September 9, 2010 judgment.


                                        Hazel C. Keahey
                                        Clerk of Court

**October 1, 2012**                  By:    s/Lisa L. Reyes

                                        Deputy Clerk